AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of **Massachusetts**

LAURA REEDER, Plaintiff

V.

SUN LIFE FINANCIAL DISTRIBUTORS, Inc.,
a foreign corporation, Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**05-10534NMG**

*A TRUE COPY ATTEST
DAVID D. AYLES, PROCESS SERVER
AND DISINTERESTED PERSON*

FILED
CLERKS OFFICE
2005 MAR 25 A 11:43
DISTRICT COURT
OF MASS

TO: (Name and address of Defendant)

SUN LIFE FINANCIAL DISTRIBUTORS, Inc.
1 Sun Life Executive Park
Wellesley Hills, MA   02181

c/o CT CORP -
101 FEDERAL ST
BOSTON, MA

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Lindsay Preston Rand
Nashawaty & Rand
654 Washington Street, Suite 100
Braintree, MA   02184

an answer to the complaint which is herewith served upon you, within ------20------ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

DATE   3-21-05

MARCH 23, 2005

# *QUICKSERV*

**ALLSTATE PROCESS SERVERS**

# RETURN OF SERVICE

*I this day summoned the within named* SUNLIFE FINANCIAL
                                        DISTRIBUTORS C/O CT CORP.

*to appear as within directed by delivering to*   ALLISON LOBERTO, RECEPTIONIST,
                                                  10:25 AM

**X**   *in hand*

*No.*   101 FEDERAL STREET
*in the* BOSTON           *District of said* SUFFOLK           *County an attested*
*copy of the* SUMMONS & COMPLAINT

| | |
|---|---|
| *Service and travel*   28 | *it being necessary I actually used a motor vehicle in the distance of* 10 *miles in the service of this process* |
| *Paid Witness* | |

_____
Process Server