UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAURA REEDER,<br>    Plaintiff<br><br>V.<br><br>SUN LIFE FINANCIAL DISTRIBUTORS,<br>INC., a foreign corporation,<br>    Defendant | CIVIL ACTION NO. 05-10534-NMG |

## NOTICE OF APPEARANCE

Please note the appearance of Kristina H. Allaire on behalf of the defendant, Sun Life Assurance Company of Canada Improperly named as Sun Life Financial Distributors Inc., in the above-entitled case.

{H:\PA\Lit\15928\55022\A0793617.DOC}

SUN LIFE ASSURANCE COMPANY OF CANADA improperly named as SUN LIFE FINANCIAL DISTRIBUTORS INC.

By its attorney,

/s/ Kristina H. Allaire
Joan O. Vorster, Esq., BBO #550375
Kristina H. Allaire, Esq., BBO #646001
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Worcester, MA 01608-1477
Phone: (508) 791-8500
Fax:    (508) 791-8502

Dated: May 12, 2005

## CERTIFICATE OF SERVICE

I, Kristina H. Allaire, hereby certify that I have this day served a copy of the foregoing document, by mailing a copy, first class mail, postage prepaid, to Lindsay P. Rand, Esq., Nashawaty & Rand, 654 Washington Street, Suite 100, Braintree, MA 02184.

/s/ Kristina H. Allaire
Kristina H. Allaire, Esq.

Dated: May 12, 2005