UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAURA REEDER,<br>    Plaintiff<br><br>V.<br><br>SUN LIFE FINANCIAL DISTRIBUTORS,<br>INC., a foreign corporation,<br>    Defendant | CIVIL ACTION NO. 05-10534-NMG |

**CORPORATE DISCLOSURE STATEMENT**

The defendant, Sun Life Assurance Company of Canada pursuant to Local Rule 7.3, states that it and Sun Life Assurance Company of Canada (U.S.) are wholly owned subsidiaries of a publicly held company, Sun Life Financial Inc.

{H:\PA\Lit\15928\55022\A0793613.DOC}

                SUN LIFE ASSURANCE COMPANY OF CANADA improperly named as SUN LIFE FINANCIAL DISTRIBUTORS INC.

                By its attorney,

                /s/ Kristina H. Allaire
                Joan O. Vorster, Esq., BBO #550375
                Kristina H. Allaire, Esq., BBO #646001
                Mirick, O'Connell, DeMallie & Lougee, LLP
                100 Front Street
                Worcester, MA 01608-1477
                Phone: (508) 791-8500
                Fax:   (508) 791-8502

Dated: May 12, 2005

## CERTIFICATE OF SERVICE

    I, Kristina H. Allaire, hereby certify that I have this day served a copy of the foregoing document, by mailing a copy, first class mail, postage prepaid, to Lindsay P. Rand, Esq., Nashawaty & Rand, 654 Washington Street, Suite 100, Braintree, MA 02184.

                /s/ Kristina H. Allaire
                Kristina H. Allaire, Esq.

Dated: May 12, 2005