UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAURA REEDER,<br>    Plaintiff<br><br>V.<br><br>SUN LIFE FINANCIAL DISTRIBUTORS,<br>INC., a foreign corporation,<br>    Defendant | CIVIL ACTION NO. 05-10534-NMG |

## NOTICE OF APPEARANCE

Please note the appearance of Joan O. Vorster on behalf of the defendant, Sun Life Assurance Company of Canada Improperly named as Sun Life Financial Distributors Inc., in the above-entitled case.

{H:\PA\Lit\15928\55022\A0793618.DOC}

                                              SUN LIFE ASSURANCE COMPANY OF CANADA improperly named as SUN LIFE FINANCIAL DISTRIBUTORS INC.

                                              By its attorney,

                                              /s/ Joan O. Vorster
                                        Joan O. Vorster, Esq., BBO #550375
                                        Kristina H. Allaire, Esq., BBO #646001
                                        Mirick, O'Connell, DeMallie & Lougee, LLP
                                        100 Front Street
                                        Worcester, MA 01608-1477
                                        Phone: (508) 791-8500
                                        Fax:   (508) 791-8502

Dated: May 12, 2005

## CERTIFICATE OF SERVICE

    I, Joan O. Vorster, hereby certify that I have this day served a copy of the foregoing document, by mailing a copy, first class mail, postage prepaid, to Lindsay P. Rand, Esq., Nashawaty & Rand, 654 Washington Street, Suite 100, Braintree, MA 02184.

                                              /s/ Joan O. Vorster
                                        Joan O. Vorster, Esq.

Dated: May 12, 2005