IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10534-NMG

LAURA REEDER,
        Plaintiff,

vs.

SUN LIFE FINANCIAL DISTRIBUTORS, Inc.,
a foreign corporation,
        Defendant.

### MOTION TO CONTINUE SCHEDULING CONFERENCE

Comes now Lindsay P. Rand, attorney for the plaintiff, and moves this Court for a continuance of the scheduling conference set for August 16, 2005, as he will be on vacation during that week. Pursuant to Local Rule 7.1(a)(2), the parties have conferred and counsel for the defendant has assented to this motion.

Respectfully submitted,

Laura Reeder, Plaintiff,
By Her Attorney,

Lindsay P. Rand
Nashawaty & Rand
654 Washington Street, Suite 100
Braintree, MA 02184-9934
781 849-9844

### LOCAL RULE 7.1(a)(2) CERTIFICATION

Pursuant to Local Rule 7.1(a)(2), the parties have conferred and counsel for defendant has assented to this motion.

Lindsay P. Rand

## CERTIFICATE OF SERVICE

  I hereby certify that the foregoing motion was served upon counsel for defendant, Mirick, O'Connell, DeMallie & Lougee, LLP, 100 Front Street, Worcester, MA 01608-1477 on this date.

             */s/ Lindsay P. Rand*
             Lindsay P. Rand

Dated: August 8, 2005