UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAURA REEDER,<br>Plaintiff<br><br>V.<br><br>SUN LIFE ASSURANCE COMPANY OF<br>CANADA, INC., a foreign corporation,<br>Defendant | CIVIL ACTION NO. 05-10534-NMG |

**CERTIFICATION PURSUANT TO LOCAL RULE 16.1**

Pursuant to Local Rule 16.1(d)(3), I, Lindsay P. Rand, counsel for the above named plaintiff, Laura Reeder ("Plaintiff"), and the undersigned Laura Reeder, hereby both certify that they have discussed the potential costs of litigation and alternative means of dispute resolution, that Plaintiff desires to proceed with legal process within this Court.

Signed under the penalties of perjury this 28th day of September, 2005.

_/s/ Lindsay Preston Rand_
Lindsay Preston Rand
BBO # 411550
Nashawaty & Rand
654 Washington Street, Suite 100
Braintree, MA 01284
Phone: (781) 849-9844
Fax: (781) 848-2308

_/s/ Laura L. Reeder_
Laura Reeder, Plaintiff

{H:\PA\Lit\15928\55022\A0821619.DOC}