UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAURA REEDER,            ) | Case No.: 05-10534-NMG |
|                          ) | |
| Plaintiff,    ) | PLAINTIFF'S MOTION FOR AMENDED |
|                          ) | JOINT STATEMENT REGARDING |
| vs.                      ) | PRETRIAL MATTERS |
|                          ) | |
| SUN LIFE FINANCIAL DISTRIBUTORS,  ) | |
|                          ) | |
| INC.,                    ) | |
|                          ) | |
| Defendant | |

Plaintiff hereby moves this Honorable Court to Amend the Joint Statement Regarding Pretrial Matters to allow her more time in which to file a memorandum to support the submission of five letters from plaintiff's human resource manager, Mary Kowalski, dated June 19, 2003, August 1, 2003, August 11, 2003, October 9, 2003, and November 3, 2003 to the Record for Judicial Review as provided in the Amended Joint Statement Regarding Pretrial Matters dated 9/22/2005.

Plaintiff states in support of this motion that the original Amended Joint Statement signed by the parties provided for the submission of a "Partial Record for Judicial Review" on November 18, 2005 should the parties be unable to agree on the record's content. It further provided only fourteen (14) days from the date of the filing of said "Partial Record for Judicial Review" for the filing of a memorandum to support the submission of further material. Plaintiff states that fourteen days is not sufficient time in which to prepare the memorandum for the Court's consideration, and that she mistakenly agreed to such a short time. Plaintiff additionally states that a reasonable extension of time of 20 to 30 days will not prejudice the defendant in any way, and that the material plaintiff seeks to submit is pertinent to the central issue of this action, namely, whether she was capable of performing the essential functions of her job.

Respectfully submitted,

Dated this 5th day of December, 2005

By: _____
Lindsay Preston Rand
Nashawaty & Rand
654 Washington Street, Suite 100
Braintree, MA  02184

## LOCAL RULE 7.1(a)(2) CERTIFICATION

Pursuant to Local Rule 7.1(a)(2), the parties have conferred and were unable to agree on this motion to amend the Joint Statement Regarding Pretrial Matters.

_____
Lindsay P. Rand

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served upon counsel for the defendant Kristina H. Allaire, Esq., Mirick O'Connell, 100 Front Street, Worcester, MA  01608-1477 on this date.

_____
Lindsay P. Rand

Dated:  December 5, 2005