FILED
CLERKS OFFICE

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS 2005 FEB -9 P 3: 30

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| LAURA REEDER, | ) Case No.: 05-10534-NMG |
| | ) |
| Plaintiff, | ) PLAINTIFF'S MOTION TO ENLARGE THE |
| | ) RECORD |
| vs. | ) |
| | ) |
| SUN LIFE FINANCIAL DISTRIBUTORS, | ) |
| | ) |
| INC., | ) |
| | ) |
| Defendant | |

Plaintiff hereby moves this Honorable Court to enter an order allowing plaintiff to enlarge the administrative record filed by the defendant to include five letters from Sun Life Financial's human resource manager, Mary Kowalski, to plaintiff (as her employer), dated June 19, 2003, August 1, 2003, August 11, 2003, October 9, 2003, and November 3, 2003. These letters to plaintiff include information regarding plaintiff's plans to return to work, her difficulties performing the essential functions of her job, and her manager's stated intention to seek to fill her position due to her inability to adhere to regular and predictable full-time attendance requirements.

Plaintiff states, in support of this motion, that these letters are relevant to the court's review of defendant's evaluation of plaintiff's disability claim in this case. They were, for all practical purposes, as available or reasonably available to the defendant, Sun Life Assurance Company of Canada (as insurance carrier for plaintiff's disability policy), as they were to Sun Life Financial, plaintiff's employer. Both divisions of Sun Life operate from the same location at Sun Life Executive Park in Wellesley Hills, Massachusetts. Access to these letters should have been sought by Sun Life Assurance Company of Canada because it was not unduly burdensome to do so, because they were direct evidence of plaintiff's job performance, and

Plaintiff's Motion to Amend - 1

because Sun Life Assurance Company of Canada owes plaintiff, as a beneficiary of the plan, the fiduciary duty to make a full and fair investigation of her claim.

Respectfully submitted,

Dated this 9th day of February, 2006

By: _____
Lindsay Preston Rand
Nashawaty & Rand
654 Washington Street
Braintree, MA  02184

## LOCAL RULE 7.1(a)(2) CERTIFICATION

Pursuant to Local Rule 7.1(a)(2), the parties have conferred and were unable to agree on this Motion to Enlarge the Record.

_____
Lindsay P. Rand

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Motion to Enlarge the Record, together with the attached supporting memorandum, was served upon counsel for the defendant Kristina H. Allaire, Esq., Mirick O'Connell, 100 Front Street, Worcester, MA  01608-1477 on this date.

_____
Lindsay P. Rand

Dated:  February 9, 2006

Plaintiff's Motion to Amend - 2

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CLERK'S NOTICE

This document can not be scanned due to its size, or the way in which it was bound.

The original is available for viewing in the Clerk's Office.