UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2006 FEB -9 P 3:30

DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| LAURA REEDER, | Case No.: 05-10534-NMG |
| Plaintiff, | PLAINTIFF'S MOTION TO SUBSTITUTE REAL PARTY IN INTEREST |
| vs. | (DEFENDANT) |
| SUN LIFE FINANCIAL DISTRIBUTORS, INC., | |
| Defendant | |

Plaintiff hereby moves this Honorable Court to enter an order allowing plaintiff to substitute Sun Life Assurance Company of Canada, Inc. for the named Sun Life Financial Distributors, Inc. as defendant. In support of this motion, plaintiff states that Sun Life Financial Distributors, Inc. is plaintiff's employer, and was incorrectly named as defendant in this action. This is an action under the ERISA Act to review the denial of plaintiff's disability claim by Sun Life Assurance Company of Canada, Inc. as plan administrator of plaintiff's employee benefit plan. Both divisions of Sun Life operate from the same location at Sun Life Executive Park in Wellesley Hills, Massachusetts.

Counsel for defendant confirmed in her Rule 16.1(D)(3) Certification statement that Sun Life Assurance Company of Canada is the proper defendant in this action, and stated in her Corporate Disclosure Statement pursuant to Local Rule 7.3 that Sun Life Assurance Company of Canada and Sun Life Assurance Company (U.S.) are wholly owned subsidiaries of the publicly held company, Sun Life Financial Inc.

Respectfully submitted,

Dated this 9th day of February, 2006

By: /s/ Lindsay P. Rand
Lindsay P. Rand

Plaintiff's Motion to Amend - 1

Nashawaty & Rand
654 Washington Street
Braintree, MA  02184

## LOCAL RULE 7.1(a)(2) CERTIFICATION

Pursuant to Local Rule 7.1(a)(2), the parties have conferred and were unable to agree on this Motion to Substitute a Party.

*/s/ Lindsay P. Rand*
Lindsay P. Rand

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served upon counsel for the defendant Kristina H. Allaire, Esq., Mirick O'Connell, 100 Front Street, Worcester, MA  01608-1477 on this date.

*/s/ Lindsay P. Rand*
Lindsay P. Rand

Dated: February 9, 2006

Plaintiff's Motion to Amend - 2