UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAURA REEDER,<br>    Plaintiff<br><br>V.<br><br>SUN LIFE ASSURANCE COMPANY OF CANADA, INC.,<br>    Defendant | CIVIL ACTION NO. 05-10534-NMG |

## SUN LIFE ASSURANCE COMPANY OF CANADA, INC.'S MOTION FOR SUMMARY JUDGMENT

The defendant, Sun Life Assurance Company of Canada, Inc. ("Sun Life"), pursuant to Federal Rule of Civil Procedure 56, moves for entry of summary judgment in its favor. As grounds for its motion, Sun Life states that in this ERISA action, the Administrative Record reveals that Sun Life's decision to deny benefits under the long-term disability plan was not arbitrary nor capricious as a matter of law. Sun Life's decision was reasonable and supported by substantial evidence in the record.

In further support of this motion, Sun Life submits the accompanying Statement of Undisputed Facts and Memorandum of Law, and previously filed Administrative Record.

        SUN LIFE ASSURANCE COMPANY OF CANADA, INC.

        By its attorney,

        /s/ Kristina H. Allaire
        _____
        Joan O. Vorster, Esq., BBO #550375
        Kristina H. Allaire, Esq., BBO #646001
        Mirick, O'Connell, DeMallie & Lougee, LLP
        100 Front Street
        Worcester, MA 01608-1477
        Phone: (508) 791-8500
        Fax:   (508) 791-8502

Dated: June 28, 2006

## CERTIFICATE OF SERVICE

    I hereby certify that this document(s), filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 28, 2006.

        /s/ Kristina H. Allaire
        _____
        Kristina H. Allaire, Esq.

Dated:  June 28, 2006