UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAURA REEDER, ) | Case No.: 05-10534-NMG |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **PLAINTIFF'S MOTION FOR SUMMARY** |
| SUN LIFE ASSURANCE COMPANY OF ) | **JUDGMENT** |
| ) | |
| CANADA, INC. ) | |
| ) | |
| Defendant ) | |
| ) | |

Comes now John E. Gerstle, plaintiff in the above captioned matter, and moves this Honorable Court, pursuant to Rule 56(b) of the Federal Rules of Civil Procedure, to enter judgment in the instant case on his behalf, for the reason that there is no genuine issue as to any material fact, and as a matter of law, the plaintiff is entitled to judgment thereon.

Dated this 29th day of June, 2006

/s/ Lindsay P. Rand
Lindsay Preston Rand
Nashawaty & Rand
654 Washington Street,
Braintree, MA  02184

CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants on June 29, 2006.

/s/ Lindsay P. Rand
Lindsay Preston Rand

Dated: June 16, 2006

MOTION SUMMARY JUDGMENT - 1

_____

MOTION SUMMARY JUDGMENT - 2