United States District Court
District of Massachusetts

| | |
|---|---|
| LAURA REEDER, <br><br> Plaintiff, <br><br> v. <br><br> SUN LIFE ASSURANCE CO. OF CANADA, INC., <br><br> Defendant. | Civil Action No. <br> 05-10534-NMG |

ORDER

GORTON, J.

    This is to notify the parties and counsel, that upon consideration of the dispositive motions now pending before this Court, Judge Gorton has become aware that his personal physician, Dr. Burt Hall, is the doctor who reviewed the plaintiff's medical records on behalf of the defendant, and whose report, at least in part, formed the basis for the defendant's decision to affirm its initial denial of the plaintiff's claim for long-term benefits.

    The Court directs that, on or before November 17, 2006, the parties shall inform the Court whether the disclosed doctor-patient relationship creates a ground for recusal or disqualification under 28 U.S.C. § 455(a), and, if so, whether they waive any potential conflict pursuant to subsection (e) of

-1-

that statute. See In re United States, 441 F.3d 44, 56 (1st Cir. 2006).

**So ordered.**

_____
Nathaniel M. Gorton
United States District Judge

Dated: October 26, 2006