UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAURA REEDER,<br><br>    Plaintiff,<br><br>vs.<br><br>SUN LIFE FINANCIAL DISTRIBUTORS,<br><br>INC.,    Defendant | )  Case No.: 05-10534-NMG<br>)  PLAINTIFF'S RESPONSE TO ORDER OF<br>)  October 26, 2006<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

After careful consideration, reviewing the relevant statutes, case law, and consulting with the plaintiff, the undersigned counsel regretfully states that the disclosed doctor/patient relationship between U.S. District Judge Nathaniel M. Gorton and the defendant's expert, Burt Hall, M.D., contained in the Order of this Court dated October 26, 2006, is a ground for recusal or disqualification pursuant to 28 U.S.C. sec. 455(a). Plaintiff declines to waive any resulting conflict.

                                    Respectfully submitted,
                                    Dated this 17th day of November, 2006


                                    By: */s/ Lindsay Preston Rand*
                                        Lindsay Preston Rand
                                        Nashawaty & Rand
                                        654 Washington Street
                                        Braintree, MA  02184


_____    CERTIFICATE OF SERVICE

I hereby certify that the foregoing Motion to Enlarge the Record, together with the attached supporting memorandum, was served upon counsel for the defendant Kristina H. Allaire, Esq., Mirick O'Connell, 100 Front Street, Worcester, MA  01608-1477 on this date.

                                    */s/ Lindsay P. Rand*_____
                                    Lindsay P. Rand


Dated:  November 17, 2006