# MIRICK O'CONNELL

### A T T O R N E Y S   A T   L A W

MIRICK, O'CONNELL, DEMALLIE & LOUGEE, LLP

November 17, 2006

The Honorable Nathaniel M. Gorton
United States District Court
Eastern Section
One Courthouse Way, Suite 2300
Boston, MA 02210

      Re:  Laura Reeder v. Sun Life Financial Distributors, Inc.,
          U.S. District Court Civil Action No. 05-10534-NMG

Dear Judge Gorton:

      Pursuant to your Order dated October 26, 2006, Sun Life hereby informs the Court that Sun Life does not believe the disclosed doctor/patient relationship creates a ground for recusal or disqualification under 28 U.S.C. § 455(a).  To the extent the Court concludes otherwise, Sun Life waives any potential conflict pursuant to subsection (e) of that statute.

      If you require any additional information or have any questions or concerns, please let us know.

                    Very truly yours,



                    Kristina H. Allaire

KHA/jc

cc:    Lindsay Rand, Esq.

90 YEARS
1916-2006
MIRICK O'CONNELL

WESTBOROUGH, MA
508-898-1501 • FAX 508-898-1502
[H:\PA\Lit\15928\55022\A0997641.DOC]

100 FRONT STREET
WORCESTER, MA 01608-1477
508-791-8500 • FAX 508-791-8502

BOSTON, MA
617-261-2417 • FAX 617-261-2418

www.MirickO'Connell.com