United States District Court
District of Massachusetts

|  |  |
|---|---|
| LAURA REEDER,<br>    Plaintiff,<br><br>    v.<br><br>SUN LIFE FINANCIAL DISTRIBUTORS,<br>INC.,<br>    Defendant. | Civil Action No.<br>05-10534-NMG |

ORDER

GORTON, J.

On October 26, 2006, this Court entered an Order directing the parties to inform the Court whether, in their respective opinions, the doctor-patient relationship between Judge Gorton and Dr. Burt Hall, the doctor who reviewed and reported on plaintiff's medical records, creates a ground for recusal or disqualification under 28 U.S.C. § 455(a). In her response, plaintiff Laura Reeder contends that the disclosed relationship is a ground for recusal or disqualification and declines to waive any resulting conflict pursuant to § 455(e).

-1-

Acknowledging that a reasonable litigant might question the impartiality of the presiding judge, he hereby recuses himself and orders that the case be transferred to another judge of this Court.

**So ordered.**

                                                        _____
                                                        Nathaniel M. Gorton
                                                        United States District Judge

Dated: November 17, 2006