## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS


 LAURA REEDER 

              **Plaintiff**

       **V.**

 SUN LIFE FINANCIAL DISTRIBUTORS 

              **Defendant**

**CIVIL ACTION**

**NO.  05CV10534-RWZ **


## JUDGMENT


 ZOBEL, D. J. 

   In accordance with the MEMORANDUM OF DECISION AND ORDER entered on 7/24/07;

Judgment is entered for DEFENDANT.

              **By the Court,**


   **7/24/07**                      **s/ Lisa A. Urso **
**Date**                           **Deputy Clerk**