1  UNITED STATES DISTRICT COURT

2  FOR THE DISTRICT OF MASSACHUSETTS

3

4  LAURA REEDER,                              ) Case No.: 05-10534-RWZ
                                               )
5          Plaintiff,                          ) PLAINTIFF'S MOTION FOR EXTENSION
                                               ) OF TIME TO FILE APPEAL
6      vs.                                    )
                                               )
7  SUN LIFE FINANCIAL DISTRIBUTORS,           )
                                               )
8  INC.,                                      )
                                               )
9          Defendant

10 _____

11   Lindsay Rand, attorney for plaintiff Laura Reeder in the above entitled action, hereby

12 moves this Honorable Court, pursuant to Rule 4(5)A(ii) of the Federal Rules of Appellate

13 Procedure, for an extension of time to file an appeal of the order of July 24, 2007 by Zobel, D.J.

14 denying her motion for summary judgment.  Plaintiff wishes to file an appeal with the United

15 States Court of Appeals, First Circuit.

16   In support of this motion, counsel states that the electronic notice of the judgment was

17 forwarded to his email address two days before he was admitted to Beth Israel Hospital in

18 Boston on July 27, 2007 for a colonectomy, and that he was unaware of the order, infirm, and

19 unable to comply with Rule 4 time limits due to his physical incapacity during his recovery

20 period.  He asserts that these facts constitute "unique or extraordinary" circumstances which

21 should satisfy the requirements of either good cause or excusable neglect.  *Pontarelli v. Stone*

22 930 F.2d 401, (1st Cir. 1991).  Ms. Reeder has located substitute counsel willing to pursue her

23 appeal should this motion be granted, and would most likely have needed an extension to do so

24 had an appeal been timely filed.

25   Counsel asserts that this motion, if granted, would not prejudice the defendant.

Respectfully submitted,

Plaintiff's Motion to Amend - 1

Dated this 1st day of October, 2007

By: */s/ Lindsay Preston Rand*
Lindsay Preston Rand
Nashawaty & Rand
654 Washington Street
Braintree, MA  02184

LOCAL RULE 7.1(a)(2) CERTIFICATION

Pursuant to Local Rule 7.1(a)(2), the parties have conferred and were unable to agree on this Motion for Extension to file Appeal.

_____

CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants on October 1, 2007.

*/s/ Lindsay P. Rand*_____
Lindsay P. Rand

Dated: October 1, 2007

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAURA REEDER, | ) Case No.: 05-10534-RWZ |
| Plaintiff, | ) PLAINTIFF'S AFFIDAVIT IN SUPPORT |
| | ) OF MOTION FOR EXTENSION OF TIME |
| vs. | ) TO FILE APPEAL |
| SUN LIFE FINANCIAL DISTRIBUTORS, INC., | ) |
| Defendant | ) |

Comes now Lindsay Rand, attorney for plaintiff Laura Reeder in the above entitled action, and asserts the following:

1. An electronic notice of the judgment granting defendant's Motion for Summary Judgment was forwarded to my email address two days before I was admitted to Beth Israel Hospital in Boston on July 27, 2007 for a colonectomy, which is major abdominal surgery. I was out of the office for most of August and part of September, and was unaware of the fact that such order had issued. After I returned to the office, I forwarded the notice to Ms. Reeder as soon as possible. I believe that these conditions would constitute "unique or extraordinary" circumstances necessary to establish either good cause or excusable neglect on my part.

2. I have been informed and believe that Ms. Reeder has located substitute counsel willing to pursue her appeal on a contingency basis should this motion be granted. Signed under the penalties of perjury this 1st day of October, 2007.

Dated this 1st day of October, 2007

By: */s/ Lindsay Preston Rand*
Lindsay Preston Rand
Nashawaty & Rand
654 Washington Street
Braintree, MA  02184

_____

CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants on October 1, 2007.

*/s/ Lindsay P. Rand*_____
Lindsay P. Rand

Dated:  October 1, 2007