UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10534-RWZ

LAURA REEDER

v.

SUN LIFE ASSURANCE COMPANY OF CANADA, INC.

MEMORANDUM OF DECISION

January 4, 2008

ZOBEL, D.J.

Plaintiff Laura Reeder moves this court to reconsider its October 11, 2007, decision denying her motion for an extension of time to file an appeal. "Although the district court has the power to extend the time for filing a notice of appeal, such an extension is contingent upon the showing of excusable neglect or good cause made by motion <u>not later than 30 days after the expiration of the original 30 day period</u> set by Fed. R. App. P. 4(a)(1)." <u>Kaercher v. Trs. of Health and Hosps. of City of Boston, Inc.</u>, 834 F.2d 31, 33 (1st Cir. 1987) (<u>citing</u> Fed. R. App. P. 4(a)(5)) (emphasis added). Judgment in this case was entered on July 24, 2007 (Docket # 33), and plaintiff filed her motion for an extension of time on October 2, 2007 (Docket # 34). Because plaintiff filed her motion <u>seventy days</u> after judgment was entered, even if this court found excusable neglect or good cause, it would not have jurisdiction to grant her an extension, and the Court of Appeals would not have jurisdiction to hear her appeal.

See Crossman v. Maccoccio, 792 F.2d 1, 2 (1st Cir. 1986) ("Hence, if the October 9 judgments became final on November 14, 198[5], plaintiffs' motion to extend, filed on January 17, 1986, [two days late,] was untimely and no court would have the power to extend the time for appeal."); Kaercher, 834 F.2d at 33 ("[F]ailure to file a timely notice of appeal deprives the appeals court of jurisdiction.").

Accordingly, plaintiff's motion for reconsideration (Docket # 36) is DENIED.


|  January 4, 2008  |       /s/Rya W. Zobel       |
|-------------------|-----------------------------|
|       DATE        |        RYA W. ZOBEL         |
|                   | UNITED STATES DISTRICT JUDGE |